David Barren
PGCCC
13400 Dille Drive
Upper Marlboro, MD 20772

## United States District Court
## For the District of Maryland
## Southern Division

| | | |
|---|---|---|
| United States | ) | |
| v. | ) | Criminal Action No. PJM 08-053 |
| | | Notice of Appeal |
| David Barren | ) | |

Comes Now the Defendant, pro se, and hereby gives notice of motion from the judgment at November 3, 2009 Trial.

Respectfully submitted this 30th day of June, 2010.

*Brigitte Barren Williams*
Brigitte Barren Williams mailing on behalf of
David Barren

Copy mailed this 30th day of June, 2010 to the following:

Charles J. Peters, Esq., AUSA
36 South Charles Street Fourth Floor
Baltimore, Maryland 21201
(410) 209-4800

Muhammad Bashir, Esq.
747 Westminster Avenue
Elizabeth, New Jersey 07208
(908) 965-2033

Honorable Peter J. Messitte
United States District Judge
United States District Court for the District of Maryland
Southern Division
6500 Cherrywood Lane
Greenbelt, Maryland 20770
(301) 344-3660

U.S. v. David Barren                                                                                          PJM 08-053

United States District Judge: PETER J. MESSITTE

The defendant, David Barren, respectfully requests, due to multiple constitutional rights violations in the Grand Jury proceeding as well as at trial, a stay or injunction pending appeal in this case according to Rule 8(a)(1)(c) of Federal Rules of Appellate procedure. U.S. v Lynd, 301 F. 2d 818 (5th Cir. 1962), Alexander v U.S., 173 F. 2d 865 (9th Cir. 1949).

Defendant, David Barren, respectfully requests, due to multiple constitutional rights violations in the Grand Jury proceeding as well as at trial, a stay in sentence pending appeal in this case according to Rule 38(b)(1) of Federal Rules of Criminal procedure and Bail Reform Act, 18 USC-3148.

Defendant, David Barren, respectfully requests, due to multiple constitutional rights violations in the Grand Jury proceeding as well as at trial, a stay of forfeiture pending appeal in this case according to Rule 32.2(d) of Federal Rules of Criminal Procedure. U.S. v Messino, 907 F. Supp. 1231(N.D.Ill. 1995)

Comes now the defendant, pro se, and hear by gives notice of appeal.

David Barren
PGCCC
13400 Dille Drive
Upper Marlboro, MD 20772

United States District Court
For the District of Maryland
Southern Division

| | | |
|---|---|---|
| United States | ) | |
| v. | ) | Criminal Action No.<br>PJM 08-053 |
| David Barren | ) | |

Respectfully submitted this 30th day of June, 2010.

*Brigitte Barren Williams*
Brigitte Barren Williams mailing on behalf of
David Barren

Copy mailed this 30th day of June, 2010 to the following:
Honorable Peter J. Messitte
United States District Judge
United States District Court for the District of Maryland
Southern Division
6500 Cherrywood Lane
Greenbelt, Maryland 20770
(301) 344-3660

Charles J. Peters, Esq., AUSA               Muhammad Bashir, Esq.
36 South Charles Street Fourth Floor         747 Westminster Avenue
Baltimore, Maryland 21201                    Elizabeth, New Jersey 07208
(410) 209-4800                               (908) 965-2033